IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ANNIE Y. CRENSHAW, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Civil Action No. 4:20-cv-00347-O-BP |
| | § |
| ANDREW M. SAUL, | § |
| Commissioner of Social Security, | § |
| | § |
| Defendant. | § |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute or to comply with court orders. If, however, within fourteen days of the date of this Order, Plaintiff pays the filing fee for civil cases or files a signed motion or application to proceed *in forma pauperis*, the case will be retained on the docket and will be referred back to the United States Magistrate Judge for further consideration.

**Plaintiff is warned that even though this dismissal is without prejudice, any future re-filing of the case may be subject to a limitations defense due to the timetable for filing appeals of the final decision of the Commissioner of Social Security.**

**SO ORDERED** on this **30th** day of **June**, **2020**.

                                                      Reed O'Connor
                                            UNITED STATES DISTRICT JUDGE